## Clymer Opera Company to use *v.* Safety Mutual Fire Insurance Company, Appellant.

Argued May 7, 1912.   Appeal, No. 88, April T., 1912, by defendant, from judgment of C. P. Indiana Co., June T., 1910, No. 362, on verdict for plaintiff in case of Clymer Opera Company to use of Savings & Trust Company of Indiana v. The Safety Mutual Fire Insurance Company. Before RICE, P. J., HENDERSON, MORRISON, ORLADY, HEAD and PORTER, JJ.   Affirmed.

OPINION BY PORTER, J., July 18, 1912:

This appeal involves the same question considered in the case of this plaintiff against the Birmingham Insurance Co., in which an opinion has this day been filed, ante, p. 639, and for the reasons there stated the specifications of error are overruled.

The judgment is affirmed.